**Courtney D. YORKE, Appellant,**

v.

**VINNELL CORPORATION, doing business as Hubert H. Humphrey Job Corps, Appellee.**

No. 06–2598.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 16, 2007.

Filed: Nov. 7, 2007.

Courtney D. Yorke, Newport, MN, pro se.

Paul James Zech, Huyen Le Phan, Felhaber & Larson, Megan L. Anderson, Reagan W. Oden, Gray & Plant, Minneapolis, MN, Jeffrey I. Pasek, Cozen & O'Connor, Philadelphia, PA, Kenneth M. Reiss, Northrop Grumman, Arlington, VA, for Appellee.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Courtney D. Yorke appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. Having carefully reviewed the record and considered Yorke's arguments for reversal, we affirm. *See* 8th Cir. R. 47B; *Wallace v. DTG Operations, Inc.,* 442 F.3d 1112, 1117–18 (8th Cir.2006) (standard of

1. The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota.

review). We also deny Yorke's pending motions.